### KOKOMO STRAW-BOARD CO. *v.* SACHS.

*(Supreme Court, General Term, Fifth Department. December 30, 1889.)*

No opinion. Judgment affirmed. For former report, see 7 N. Y. Supp. 179.

### MANDEVILLE *v.* AVERY.

*(Supreme Court, General Term, Fifth Department. December 30, 1889.)*

No opinion. Reargument ordered. DWIGHT, J., not sitting. For former report, see 3 N. Y. Supp. 745.

### *In re* REYNOLDS.

*(Supreme Court, General Term, Fifth Department. December 30, 1889.)*

No opinion. Decree affirmed, with costs.

### TIFFANY *v.* NEW YORK, L. E. & W. R. CO.

*(Supreme Court, General Term, Fifth Department. December 30, 1889.)*

No opinion. Judgment affirmed, with costs.

### BREWER, Appellant, *v.* FORD, Respondent.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Motion for reargument denied. For decision on appeal, see 7 N. Y. Supp. 244.

### *In re* BUFFALO LOAN, TRUST & SAFE-DEPOSIT CO.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Application granted.

### *In re* CITY OF ROCHESTER.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

Order reversed, with leave to the appellant to file his claim within 20 days, on payment of the costs and disbursements of motion at special term; and on compliance with the condition the matter is referred to a referee to be appointed at special term.

### CITY OF ROCHESTER *v.* CAMPBELL.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Motion for certificate to the court of appeals granted. For decision on appeal, see 8 N. Y. Supp. 252.

### CODDINGTON, Appellant, *v.* BOWEN, Respondent.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Motion denied. For former reports, see 6 N. Y. Supp. 355; 8 N. Y. Supp. 945.